ORIGINAL

FORM 2
COVER SHEET

# In The United States Court of Federal Claims

Cover Sheet **06-226 C**

Plaintiff(s) or Petitioner(s)
American Contractors Indemnity Company

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): DeWitte Thompson, Esq.

Firm Name: Thompson, Slagle & Hannan, LLC

Post Office Box:

Street Address: 12000 Findley Road
Suite 250

City-State-Zip: Duluth, GA 30097

Telephone & Facsimile Numbers: (770) 662-5999
(770) 447-6063 fax

Is the attorney of record admitted to the Court of Federal Claims Bar? 707688

If **NO**, please call (202) 357-6406 for admission papers and instructions.

Nature of Suit Code: 1 1 8
Select only one (three digit) nature-of-suit code from the attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Agency Identification Code: T R N
See attached sheet for three-digit codes.

Amount Claimed: $ 247,983.19 - plus 80% of any losses incurred related to pending lawsuits
Use estimate if specific amount is not pleaded.

Bid Protest: $
Indicate approximate amount of procurement at issue.

Is plaintiff a small business? ☐ Yes ☐ No

Vaccine Case:
Date of Vaccination: ____________________

Related Cases:
If this case is directly related to any pending or previous case, you are required to file a separate notice of directly related case(s). See RCFC 40.2.