IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| AMERICAN CONTRACTORS INDEMNITY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES<br><br>Defendant. | No. 06-226C<br>(Judge Bruggink) |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rules 6(b)(1) and 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 60-day enlargement of time, to and including September 19, 2006, to file a response to the complaint. Our response is currently due on July 21, 2006. This is defendant's second request for an enlargement of time for this purpose. Counsel for plaintiff has informed us that plaintiff does not oppose our request for an enlargement of time for this purpose.

We are seeking this enlargement of time because the parties are currently conducting settlement negotiations. Counsel have discussed how they could resolve this matter in an efficient and cost-effective manner. Counsel believe they are close to an agreement and require additional time to collect information and evaluate proposed settlement terms.

For these reasons, defendant respectfully requests that the

Court grant its unopposed motion for an enlargement of time to respond to plaintiff's complaint.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Steven J. Gillingham
STEVEN J. GILLINGHAM
Assistant Director

s/Dawn S. Conrad
DAWN S. CONRAD
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L St., N.W.
Washington, D.C. 20530
Tel: (202) 305-7562
Fax: (202) 305-7643

OF COUNSEL:

MARY F. WITHUM
Trial Attorney
U.S. Department of Transportation
400 7th Street, S.W.
Washington, D.C. 20590

electronically filed
July 20, 2006

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2006, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Dawn S. Conrad