IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| AMERICAN CONTRACTORS INDEMNITY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 06-226C<br>(Judge Bruggink) |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rules 6(b)(1) and 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 31-day enlargement of time, to and including January 29, 2007, to file a response to the complaint. Our response is currently due on December 29, 2006. This is defendant's fifth request for an enlargement of time for this purpose. Counsel for plaintiff has informed us that plaintiff does not oppose our request for an enlargement of time for this purpose.

We are seeking this enlargement of time because the parties are very close to a settlement agreement. Settlement negotiations have taken some additional time in this case because plaintiff's damages continue to accrue and the parties are attempting to agree upon a final settlement amount for each of the claims presented in plaintiff's complaint. Furthermore, the parties need additional time to agree upon the terms of the

settlement agreement.

For these reasons, defendant respectfully requests that the Court grant its unopposed motion for an enlargement of time to respond to plaintiff's complaint.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Steven J. Gillingham by
William F. Ryan
STEVEN J. GILLINGHAM
Assistant Director

s/Dawn S. Conrad
DAWN S. CONRAD
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L St., N.W.
Washington, D.C. 20530
Tel: (202) 616-2279
Fax: (202) 305-7643

OF COUNSEL:

MARY F. WITHUM
Trial Attorney
U.S. Department of Transportation
400 7th Street, S.W.
Washington, D.C. 20590

electronically filed
December 29, 2006

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on December 29, 2006, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Dawn S. Conrad