**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| AMERICAN CONTRACTORS INDEMNITY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 06-226C<br>(Judge Bruggink) |

**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

The parties, pursuant to Rule 41(a)(1)(ii) of the Rules of the United States Court of Federal Claims, hereby stipulate to the dismissal of this action without prejudice, with each party to bear its own costs, attorney fees, and expenses.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Steven J. Gillingham
STEVEN J. GILLINGHAM
Assistant Director
Authorized Representative
of the Attorney General

s/DeWitte Thompson
DEWITTE THOMPSON
Thompson, Slagle & Hannan, LLC
12000 Findley Road
Suite 250
Duluth, GA 30097
Telephone: (770) 662-5999
Facsimile: (770) 447-6063

Attorney for Plaintiff

DATED: March 21, 2007

s/Dawn S. Conrad
DAWN S. CONRAD
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 616-2279
Facsimile: (202) 305-7643

OF COUNSEL:

MARY F. WITHUM
Trial Attorney
U.S. Dept. of Transportation
400 7th Street, S.W.
Washington, D.C. 20590

Attorneys for Defendant

DATED: March 21, 2007

CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2007, a copy of the foregoing "JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Dawn S. Conrad